FILED

Oct 24  2 46 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERA ANN SIMPSON<br>PLAINTIFF, | : CASE NO. 3:02CV1471 (MRK) |
| VS. | |
| PATRICIA DENARDO, NEIL O'LEARY, EDWARD D. FLAHERTY, DAVID BALNIS, DETECTIVE ROBLES, AND MARK DEAL,<br>DEFENDANTS. | : OCTOBER 23, 2003 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56(b), the defendants, Neil O'Leary, Edward D. Flaherty, David Balnis, Angel Robles and Mark Deal, hereby respectfully move this Court for the entry of Summary Judgment in their favor on all the issues in this case on the following grounds:

1. Probable cause existed to arrest the plaintiff;

2. These defendants are entitled, under the doctrine of qualified immunity, to be spared the necessity of defending this litigation further;

3. There is no material evidence that the plaintiff was subjected to unequal treatment.

Attached in support of this motion is a memorandum of law, a statement of facts not in dispute and the following exhibits:

1. Excerpts of plaintiff's deposition transcript. Exhibit A;

2. Excerpts of witness Richard Lissandrello's deposition transcript and copy of his sworn written statement. Exhibit B;

3. Sworn police statement of co-defendant Patricia Denardo. Exhibit C;

4. Arrest warrants and affidavits of plaintiff Simpson and co-defendant, Patricia Denardo. Exhibit D;

5. Sworn police investigation report of Waterbury Police Officer Barbara Alenckis. Exhibit E;

6. Transcript of plaintiff's criminal disposition hearing. Exhibit F;

7. Plaintiff's letter of complaint to Chief Flaherty. Exhibit G;

8. Sworn police statement of plaintiff. Exhibit H;

9. Excerpts of witness John Maia's deposition transcript. Exhibit I;

10. Chief Flaherty's response to plaintiff's internal affairs complaint. Exhibit J; and

11. Co-defendant Patricia Denardo's answer, complaint and exhibits. Exhibit K.

WHEREFORE, and for the reasons set forth in the accompanying memorandum, the defendants, Waterbury Police Officers Neil O'Leary, Edward D. Flaherty, David Balnis, Angel Robles and Mark Deal, respectfully move this Court for judgment in their favor on all issues in this lawsuit.

DEFENDANTS, Lt. Neil O'Leary, Chief Edward D. Flaherty, Det. David Balnis, Det. Angel Robles, and Lt. Mark Deal

By: _____
Christopher G. Arciero
Federal Bar No. ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
carciero@sackspec.com
Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of October, 2003 to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT  06510


Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT  06601-1555

_____
Christopher G. Arciero