

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHERA ANN SIMPSON
    PLAINTIFF,                              :CASE NO. 3:02CV1471 (MRK)

VS.

PATRICIA DE NARDO, NEIL
O'LEARY, EDWARD D.
FLAHERTY, DAVID BALNIS,
DETECTIVE ROBLES, AND
MARK DEAL,
    DEFENDANTS                       : OCTOBER 28, 2003

### MOTION FOR SUMMARY JUDGEMENT

Pursuant to Federal Rules of Civil Procedure 56(b), the defendant, Patricia DeNardo, respectfully moves the Court to enter Summary Judgment in her favor on all the federal issues in this case upon the following grounds.

    1)    This defendant was not acting under color of law;

    2)    This defendant did not act jointly and in concert with any other defendant to deny any constitutional rights of priviledges of the plaintiff.

Attached in support of this motion is a memorandum of law, a statement of facts and the following exhibits:

1)  Excerpts from Plaintiff's deposition. Exhibit "A".

2)  Copy of proceedings in State Court. Exhibit "B".

3)  Excerpts from witness John Maia's deposition. Exhibit "C".

4)  Affidavit of defendant, Patricia DeNardo. Exhibit "D".

5)  Responses to Request to Admit. Exhibit "E" and "F".

6)  Report of Waterbury Public Health Department dated 6/25/01. Exhibit "G".

WHEREFORE, for the reasons set forth in the memorandum of law, the defendant, Patricia DeNardo, respectfully moves this Court for judgment in her favor on all federal issues in this suit.

THE DEFENDANT, PATRICIA DeNardo

BY /s/ Raymond B. Rubens
Raymond B. Rubens
RUBENS & LAZINGER
295 Congress Street
P.O. Box 1555
Bridgeport, Connecticut 06601-1555
203-368-2515
Federal Bar No. CT 05869

2

## CERTIFICATION

This is to certify a copy of the foregoing has been sent via first class mail, postage prepaid, to the following parties and counsel of record:

John R. Williams, Esq.
Williams & Pattis LLC
51 Elm Street
New Haven, CT 06510

Christopher G. Arciero, Esq.
Sacks, Spector & Kaston
836 Famington Ave, Suite 221
West Hartford, CT 06119

*Raymond B. Rubens*
Raymond B. Rubens
Commissioner Superior Court

**RUBENS & LAZINGER** • *ATTORNEYS AT LAW*
295 CONGRESS STREET • P. O. BOX 1555 • BRIDGEPORT, CT 06601 • 368-2515 • NO. 52120