NO. CP-01-031883

* * * * * * * * * * * * : STATE OF CONNECTICUT

STATE OF CONNECTICUT        : SUPERIOR COURT

VERSUS                      : JUDICIAL DISTRICT OF WATERBURY

CHERA A. SIMPSON            : SEPTEMBER 10, 2001

* * * * * * * * * * * * :


B E F O R E :

        THE HONORABLE RICHARD A. DAMIANI, JUDGE


A P P E A R A N C E S :

    CORRINE KLATT, ESQUIRE
    ASSISTANT STATE'S ATTORNEY

    LOUIS AVITABILE, ESQUIRE
    ATTORNEY FOR THE DEFENDANT


                                JACQUELINE SAGLIANO
                              COURT RECORDING MONITOR

THE COURT: Who do we have now?

MS. KLATT: Your Honor, we have two matters. Actually, it's 1 on the jury list, represented by Mr. Avitabile, that's Chera Simpson, she's number 1. There's also a Patricia Denardo, she's number 28. Patricia Denardo? She's here.

THE COURT: Patricia Denardo, breach of the peace. Where's Ms. Simpson?

MR. AVITABILE: She's sick, your Honor, very sick. She hasn't eaten in four days, she can't because she needs an operation.

MS. KLATT: If the Court reviews the warrant affidavit as to each, this is your classic situation that just went progressively downhill, both women are arrested and charged. One of the individuals pulls into a handicapped parking spot with a young child and has a valid handicapped sticker, the other individual takes it upon herself to tell her that that's not appropriate and the incident just snowballed.

THE COURT: You're involved with the City of Waterbury, am I right, with handicapped?

MR. AVITABILE: No, the other one is.

MS. KLATT: It's the other one.

The incident snowballed into absolutely -- in the State's position, irrational proportions. I'm not going to waste the State's time in prosecuting

either case. These two individuals want to pursue these matters in the civil courts, they can hire their own counsel and pursue each other to their own ultimate happiness. But, I, as a State official, cannot see wasting the State's time in prosecuting the matter. We would either have to prosecute both or nolle both. It was just, in my position, a silly incident that got out of hand. If both individuals, both individuals, let me emphasize, were acting like adults and acting in an appropriate fashion, neither of them would have been arrested, and on that basis, I'm going to enter nolles on both.

THE COURT: Now, you represent Ms. Simpson.

MS. KLATT: And this is Ms. Denardo.

THE COURT: Right. What do you want to say? Anything?

MR. AVITABILE: We would object to the procedure, your Honor, but I don't think we can stop a nolle.

THE COURT: Well, you're going to nolle it, not for lack of a witness, am I right?

MS. KLATT: Yes.

THE COURT: Okay. Therefore, Mr. Avitabile, you object to a nolle, the State's not going to pursue it, it's not being made pursuant to Statute, the charge against Ms. Simpson is dismissed.

MR. AVITABILE: Thank you, your Honor.

```
 1        THE COURT:  Now, Ms. Denardo, what's good for
 2   one is good for the other, the case against you is
 3   dismissed.  Whatever civil remedies you may feel you
 4   have against each other, that's entirely up to you.
 5   As far as this case is concerned, it's been
 6   dismissed as to both of you today, automatically
 7   it's erased from both your records as of today.
 8   Okay?
 9        MS. DENARDO:  Thank you.
10        THE COURT:  Good luck.
11   (Whereupon, this matter was concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

NO. CR-01-0301393

5

```
STATE OF CONNECTICUT        * * * * * * * * * * * * *:  STATE OF CONNECTICUT

                                                      :  SUPERIOR COURT
VERSUS
                                                      :  JUDICIAL DISTRICT OF WATERBURY
CHERA A. SIMPSON
                                                      :  SEPTEMBER 10, 2001
* * * * * * * * * * * * *:
```

C E R T I F I C A T I O N

This is to certify that I, Jacqueline Sagliano, certify that the foregoing is a true and accurate transcript of the electronic recording taken with reference to the above-entitled matter on September 10, 2001 before THE HONORABLE RICHARD A. DAMIANI.

Dated at Waterbury, Connecticut, on this 18th day of March 2003.

*Jacqueline Sagliano*
JACQUELINE SAGLIANO
COURT RECORDING MONITOR