EXHIBIT "D"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERA ANN SIMPSON<br>　　PLAINTIFF, | :CASE NO. 3:02CV1471 (MRK) |
| VS. | |
| PATRICIA DE NARDO, NEIL<br>O'LEARY, EDWARD D.<br>FLAHERTY, DAVID BALNIS,<br>DETECTIVE ROBLES, AND<br>MARK DEAL,<br>　　DEFENDANTS | : OCTOBER 30, 2003 |

**AFFIDAVIT**

Personally appeared, Patricia DeNardo who deposes and states:

1. That she is over the age of 18 years and understands the meaning of an oath.

2. On April 21, 2001, with my 6 year old granddaughter as a passenger, I drove to the Brass Mill Mall to pick up a package.

3. When I arrived at the Mall, I parked in a handicapped parking zone within the diagonal white line on either side of the parking place.

4. I parked there because I was unable to find a parking space and I do have a handicapped parking permit because I suffer from multiple sclerosisus.

5. I expected to be in and out of the space within minutes.

6. As I alighted from the car with my granddaughter, we entered the cross walk and a person driving a greenish blue automobile blocked the cross walk.

7. I later learned that the person operating the car, was the plaintiff, Chera Ann Simpson, who blocked my way in the cross walk.

8. The plaintiff, Chera Ann Simpson, while seated in her car and through an open window on the drivers side ordered me to move my vehicle.

9. The plaintiff identified herself as chairperson of the Commission for Disabilities for the City of Waterbury.

10. I tried to explain to Ms. Simpson that my car was equipped with a handicapped permit and that I would move the car as soon as I picked up the package.

11. Ms. Simpson refused to listen to me and dialed 911 on her cell phone to contact the Waterbury Police Department.

12. Ultimately both Ms. Simpson and I were served with warrants for Breach of the Peace. The cases were subsequently nolled by the Court.

13. At the time of this incident I was 64 years of age and I was employed by the Salvation Army, AIDS Ministry Program in Waterbury.

14. I was not employed by any Federal, State or local government agency. The Salvation Army paid me for my services.

15. I am not related to any of the police officers named in this law suit.

16. I had nothing to do with the issuance of a warrant for the arrest of Ms. Simpson.

17. I did not conspire with the police officers to deny Ms. Simpson any of her constitutional rights.

*[signature]*
PATRICIA DENARDO

Subscribed and sworn to before me this 30th day of October, 2003.

*[signature]*
Notary Public
My Commission Expires:
**MY COMMISSION EXPIRES MAY 31, 2008**