EXHIBIT "E"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERA ANN SIMPSON | : |
| VS. | : |
| | : NO. 3:02CV1471(MRK) |
| PATRICIA DENARDO, | : |
| NEIL O'LEARY, | : |
| EDWARD D. FLAHERTY, | : |
| DAVID BALNIS, | : |
| DETECTIVE ROBLES and | : |
| MARK DEAL | : SEPTEMBER 16, 2003 |

### REQUESTS TO ADMIT

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the plaintiff requests defendant **DeNardo** to admit the following:

1. She is related by blood to defendant O'Leary.

    DENIED

2. She is related by blood to defendant Flaherty.

    DENIED

3. She is related by blood to defendant Balnis

    DENIED

4. She is related by blood to defendant Robles.
   DENIED

5. She is related by blood to defendant Deal.
   DENIED

1. She is related by marriage to defendant O'Leary.
   DENIED

2. She is related by marriage to defendant Flaherty.
   DENIED

3. She is related by marriage to defendant Balnis
   DENIED

4. She is related by marriage to defendant Robles.
   DENIED

5. She is related by marriage to defendant Deal.
   DENIED

## OATH

I hereby certify that I have reviewed the above Request to Admit and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Defendant(s)

Subscribed and sworn to before me this 29 day of September, 2003.

**MARY BETH PORTO**
*NOTARY PUBLIC*
My Commission Expires March 31, 2005

_____
Notary Public/
Comm. of the Superior Court

## CERTIFICATION

This is to certify a copy of the foregoing has been sent via first class mail, postage prepaid, to the following parties and counsel of record:

John R. Williams, Esq.
Williams & Pattis LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Christopher G. Arciero, Esq.
Sacks, Spector & Kasten, LLC
836 Famington Ave, Suite 221
West Hartford, CT 06119

_____
Raymond B. Rubens