EXHIBIT "F"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Chera Ann Simpson : CASE NO. 3:02CV1471 (MRK)
    Plaintiff,

VS.

Patricia Denardo, Neil
O'Leary, Edward D.
Flaherty, David Balnis,
Detective Robles, and
Mark Deal,
    Defendants. : OCTOBER 15, 2003

## DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUESTS TO ADMIT DATED SEPTEMBER 16, 2003

Defendants, Angel Robles, Neil O'Leary, Mark Deal, Edward D. Flaherty and David Balnis, hereby provide their responses to Plaintiff's Requests to Admit dated September 16, 2003.

1. He is related by blood to defendant DeNardo.

   **Denied.**

2. He is related by marriage to defendant DeNardo.

   **Denied.**

DEFENDANTS, Lt. Neil
O'Leary, Chief Edward D.
Flaherty, Det. David Balnis,
Det. Angel Robles, and Lt.
Mark Deal

By: _____
Christopher G. Arciero
Federal Bar No. ct09199
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT  06119
carciero@sackspec.com
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been faxed and mailed, postage prepaid, this 15th day of October, 2003 to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT  06510

Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT  06601-1555

_____
Christopher G. Arciero