

**WATERBURY PUBLIC HEALTH DEPARTMENT**
95 SCOVILL ST SUITE 100
WATERBURY, CT 06706
(203) 574-6780
FAX: (203) 597-3481

June 25, 2001

To Whom It May Concern:

Patricia Denardo Client ID# 0035249242 was tested on 5/1/01 for HIV antibodies. The results of that test were non-reactive. If you have further questions in regard to this matter please feel free to call me at (203) 574-6883.

Sincerely,

Joe Cote
Program Coordinator

JC/mc