UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHERA ANN SIMPSON
    PLAINTIFF,                          :CASE NO. 3:02CV1471 (MRK)

VS.

PATRICIA DE NARDO, NEIL
O'LEARY, EDWARD D.
FLAHERTY, DAVID BALNIS,
DETECTIVE ROBLES, AND
MARK DEAL,
    DEFENDANTS                       : OCTOBER 28, 2003

## **LOCAL RULE 56 (a) 1 STATEMENT**

1.     On April 21, 2001, the defendant, Patricia DeNardo drove to the Brass Mill Mall, in Waterbury, Connecticut. Exhibit "D".

2.     The defendant, Patricia DeNardo parked her car in a handicapped zone, and exited with her 6 year old granddaughter. Exhibit "D".

3.     Her vehicle was equipped with a handicapped parking zone permit. Exhibit "D".

4.  As the aforesaid defendant, DeNardo started to cross the parking area the Plaintiff, Chera Ann Simpson while seated in her vehicle objected to the defendant's car being parked in that zone. Exhibit "D".

5.  The defendant, DeNardo, approached the plaintiff, while she was still seated in the car and attempted to explain to the plaintiff, that she had a handicapped parking permit and intended to pick up a package at a store in the mall and would leave shortly. Exhibit "D".

6.  The confrontation between the plaintiff and defendant escalated and the Waterbury Police Officer, Barbara Alenckis was called to the scene. Exhibit "D".

7.  Subsequently, the defendant, Lt. Deal appeared at the scene to offer assistance and the parties went to the Waterbury Police Department. Exhibit "D".

8.  Ultimately warrants for Breach of Peace were served on both the plaintiff, Simpson and the defendant, DeNardo. Exhibit "D".

9.  On September 10, 2002, the charges were nolled at the request of the assistant State's Attorney. Exhibit "B".

2

10. The defendant, DeNardo, did not act under color of law and was not a state action. Exhibit "D".

11. The defendant, DeNardo, is and was not related to any police officer involved in this matter. Exhibit "E & F".

12. The defendant, DeNardo did not act in concert with the police officers nor was she involved in any conspiracy to deny the plaintiff constitutional rights.

THE DEFENDANT, PATRICIA DENARDO

BY /s/ Raymond B. Rubens
Raymond B. Rubens
RUBENS & LAZINGER
295 Congress Street
P.O. Box 1555
Bridgeport, Connecticut 06601-1555
203-368-2515
Federal Bar No. CT 05869

3

## CERTIFICATION

This is to certify a copy of the foregoing has been sent via first class mail, postage prepaid, the 12th day of December 12, 2002, to the following parties and counsel of record:

John R. Williams, Esq.
Williams & Pattis LLC
51 Elm Street
New Haven, CT 06510

Christopher G. Arciero, Esq.
Sacks, Spector & Kaston
836 Famington Ave, Suite 221
West Hartford, CT 06119

*Raymond B. Rubens*
Raymond B. Rubens

4