FILED

Nov 12  12 27 PM '03

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN.
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERA ANN SIMPSON : | |
| VS. : | NO. 3:02CV1471(MRK) |
| PATRICIA DENARDO, : | |
| NEIL O'LEARY, : | |
| EDWARD D. FLAHERTY, : | |
| DAVID BALNIS, : | |
| DETECTIVE ROBLES and : | |
| MARK DEAL : | NOVEMBER 11, 2003 |

## MOTION FOR EXTENSION OF TIME

The plaintiff respectfully moves for an extension of time until December 8, 2003, to respond to the Motion for Summary Judgment of defendants O'Leary, Flaherty, Balnis, Robles and Deal. In support of this motion, she represents as follows:

1. No previous motion for an extension of time for this purpose has been filed.

2. The plaintiff's responsive papers presently are due to be filed on or about November 13, 2003.

3. The undersigned has been called in to start trial in a complex civil action in the Superior Court at Danbury beginning on the morning of November 12, 2003. It has been necessary to devote the last several days to last-minute

preparation of this action, which recently was inherited by the undersigned from another law firm.

4. In addition, the undersigned must argue an appeal in the Second Circuit on November 13, 2003, and make a long presentation at a seminar being conducted by the Practising Law Institute in New York City on November 14.

5. As a consequence, it will not be possible to complete opposition papers regarding this matter by November 13, or within the next week to ten days.

6. The undersigned was unable to reach Attorney Arciero on the evening of November 11, 2003, to ascertain his position on this motion.

THE PLAINTIFF

BY /s/ John R. Williams
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
E-mail: jrw@johnrwilliams.com
Her Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to Christopher G. Arciero, Esq., Sack, Spector and Karsten, LLP, 836 Farmington Avenue, West Hartford, CT 06119-1544; and Raymond B. Rubens, Esq., P. O. Box 1555, Bridgeport, CT 06601-1555.

John R. Williams