UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | |
| | : | |
| V. | : | NO. 3:02CV1471(MRK) |
| | : | |
| PATRICIA DENARDO, | : | |
| NEIL O'LEARY, EDWARD D. | : | |
| FLAHERTY, DAVID BALNIS, | : | |
| DETECTIVE ROBLES and | : | |
| MARK DEAL | : | |

**ORDER**

Plaintiff's Motion For Extension Of Time (Doc. #39), dated November 11, 2003, is hereby GRANTED ABSENT OBJECTION. Plaintiff shall file her response to the Motion For Summary Judgment of defendants O'Leary, Flaherty, Balnis, Robles and Deal on or before December 8, 2003.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 13, 2003