**DREW J. EDWARDS, M.D.**

4 Summit Road
Prospect, CT 06798
Telephone: (203) 758-5660

October 20, 2003

To Whom It May Concern:

Please be advised that I discussed medical options with Ms. Chera Simpson following an incident in which she was attacked and bitten by another person. This occurred in early 2001. Whereas I cannot clearly recollect the full content of that discussion, I believe that we agreed upon immunization against Hepatitis B and we discussed the pros and cons of immediate treatment for HIV exposure. Because of Ms. Simpson's GI condition it was decided that she would forego oral medications for HIV exposure and wait for results of testing before starting any treatment.

I hope that this is beneficial. If you have any further questions, please feel free to contact me.

Sincerely yours,

Drew J. Edwards, M.D.

10/20/03  Original given to patient  DJ