UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | CASE NO. 3:02CV1471 (MRK) |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| PATRICIA DENARDO, NEIL | : | |
| O'LEARY, EDWARD D. | : | |
| FLAHERTY, DAVID BALNIS, | : | |
| DETECTIVE ROBLES, AND | : | |
| MARK DEAL, | : | |
|     Defendants. | : | FEBRUARY 2, 2004 |

**CORRECTION TO MOTION FOR SUMMARY JUDGMENT**

On October 23, 2003, the defendants O'Leary, Flaherty, Balnis, Robles & Deal, filed a Motion for Summary Judgment. In order to correct a typographical error contained on page 28 of the Memorandum of Law in Support of Motion for Summary Judgment, the defendants submit herewith a corrected page 28.

The sole correction is to the first sentence of the second complete paragraph of page 28. Specifically, the word "some" has been replaced with the word "none".

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

insufficient to raise genuine issue of material fact as to plaintiff's age discrimination claim).

There is nothing in the record to suggest that any other individual in Simpson's position would not have been subject to similar investigation, arrest and processing[7]. As to her claim she was treated different at the police department when she was arrested, plaintiff conceded at her deposition that she had no specific information on how the co-defendant was processed. Exhibit A. Pages 129 - 130.

Moreover, none of the named defendants were present on the day plaintiff was arrested and processed at the Waterbury Police Department. Furthermore, there is no material evidence that any of these defendants orchestrated or directed the manner in which the plaintiff was processed. Exhibit A, pages 71, 72, 85, 87 and 114.

Additionally, plaintiff erroneously attributed statements about the treatment plaintiff and Denardo were subjected to at the Waterbury Police Department on the day of their arrest. Exhibit I, pages 20-22 and 25.

---

[7] In fact, Denardo was similarly subjected to an investigation that led to an arrest warrant.

28

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776