UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday January 30, 2004
2:15 p.m.

CASE NO. **3:02cv1471 MRK**   **Simpson v. Denardo, et al**

Christopher Arciero
Sack, Spector & Karsten
836 Farmington Ave.#221
West Hartford, CT 06119-1544

Marcia J. Gleeson
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544

STATUS CONFERENCE HELD

DATE: 1/31/04

5 min.

Raymond B. Rubens
295 Congress St., PO Box 1555
Bridgeport, CT 06601-1555

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK