UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | |
| | : | |
| v. | : | NO. 3:02CV1471(MRK) |
| | : | |
| PATRICIA DENARDO, | : | |
| NEIL O'LEARY, EDWARD D. | : | |
| FLAHERTY, DAVID BALNIS, | : | |
| DETECTIVE ROBLES and | : | |
| MARK DEAL | : | |

## **JUDGMENT**

This matter came on for consideration on defendants' Motions for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on July 29, 2004, entered a Ruling on the defendants' Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 2nd of August, 2004.

KEVIN F. ROWE, CLERK
By
  /s/  Kenneth  R.  Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____