UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | NO. 3:02CV1471 (MRK) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| | : | |
| PATRICIA DENARDO, NEIL O'LEARY, | : | |
| EDWARD D. FLAHERTY, DAVID BALNIS, | : | |
| DETECTIVE ROBLES, & MARK DEAL, | : | |
| DEFENDANTS. | : | SEPTEMBER 8, 2004 |

## MOTION FOR TAXATION OF COSTS

Pursuant to 28 U.S.C. §§ 1821, 1920, 1923 and 1924 and Local Rule 54, the defendant moves for taxation of costs against the plaintiffs.

Defendant hereby move for taxation of costs in the amount of **$ 2,087.65** as itemized in the Verified Bill of Costs attached hereto in support of this motion as Exhibit 1.

DEFENDANTS, Lt. Neil O'Leary,
Chief Edward D. Flaherty,
Det. David Balnis, Det. Angel
Robles, and Lt. Mark Deal

By: _____
Marcia J. Gleeson
Federal Bar No. ct05303
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT  06119
mgleeson@sackspec.com
Their Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | NO. 3:02CV1471 (MRK) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| PATRICIA DENARDO, NEIL O'LEARY, | : | |
| EDWARD D. FLAHERTY, DAVID BALNIS, | : | |
| DETECTIVE ROBLES, & MARK DEAL, | : | |
| DEFENDANTS. | : | SEPTEMBER 8, 2004 |

## VERIFIED BILL OF COSTS

I, Marcia J. Gleeson, being duly sworn hereby depose and say:

1.    I am over the age of eighteen and believe in the obligation of an oath.

2.    I am the attorney for the defendants in the above-captioned matter and submit this Affidavit in support of their Motion for Taxation of Costs pursuant to 28 U.S.C. §1821, 1920, 1923 and 1924 and Local Rule 54.

3.    Judgment entered in favor of all defendants on September 1, 2004.  The appeal period has expired.

4.    The following is an itemization of costs incurred to defend against the suit brought by the plaintiff.

**Fees of the Clerk & Marshal:**

State Marshal Domenic Jannetty

Service of Deposition Subpoena upon
Richard Lissandrello, on or about 6/13/03
Invoice # 3949 Paid 7/8/03 Ch# 4186                $  40.80

Subtotal:                                          $  40.80

**Fees of the Court Reporter:**

Deposition of Chera Ann Simpson 5/2/03
Invoice #5003 Paid 6/3/03 Ch# 5001                 $ 780.00

Deposition of Richard Lissandrello 8/15/03
Invoice #5036 Paid 10/27/03 5664                   $ 383.50

Deposition of Chera Ann Simpson 9/9/03
Invoice #5071 Paid 10/29/03 Ch# 5686               $ 420.55

Deposition of John Maia 10/3/03
Invoice # 5080 Paid 12/17/03 Ch#5864               $ 347.55

Transcript of Criminal Proceeding 9/10/01
Invoice Dated 3/18/03 Paid 4/8/03 Ch#4020          $   5.25

Subtotal:                               $     1,936.85

**Witness Fees:**

Richard Lissandrello, 6/13/03 Ch# 4134         $  55.00

John Maia, 9/15/03, Ch# 4319                   $  55.00

Subtotal                                $      110.00

Total:                                  $    2,087.65

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

5.   The aforementioned costs are correct and were actually and necessarily incurred in this litigation as evidenced by the receipts annexed hereto as Exhibit 2.

_____
Marcia J. Gleeson

Subscribed and sworn to before me on this 8th day of September, 2004.

_____
Commissioner of the Superior Court

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

...ric Jannetty

State Marshal
**PO Box 3356**
**Waterbury, CT 06705**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2003 | 3949 |

Bill To

Sack, Spector And Karsten, LLP
Christopher G. Arciero
836 Farmington Avenue
West Hartford, CT. 06119-1544

| P.O. No. | Terms | Project |
|----------|-------|---------|
| DM | Due on receipt | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Chera Ann Simpson  *930 d-w* | | 40.80 | 40.80 |
| vs.  *Flaherty/Simpson* | | | |
| Patricia Denardo, Et Al | | | |
| Subpoena Served Upon: Richard Lissandrello | | | |

| | |
|---|---|
| **Total** | $40.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $40.80 |

| Phone # | Fax # |
|---------|-------|
| (203)757-4748 | (203)757-4749 |

*T-81.60*



**K, SPECTOR & KARSTEN**

4186

VENDOR ID: JANNETTY
PAYEE:     Domenic Jannetty

CHECK NO: 00004186          DATE: 07/08/03
MEMO: Inv. #3949, 3950

ACCOUNT                                                          AMOUNT

4100 Less: Client Expenses                                      81.60

CHECK TOTAL:   *******$81.60



## PATRICIA TYSZKA, LSR, RMR
══════════════════*COURT REPORTING SERVICES*══════════════════
189 Old Forge Road
Riverton, Connecticut 06065-1214
(860) 379-7955

## INVOICE

TO:  Christopher Arciero, Esq.          **DATE:** 5/10/03
     Sack, Spector & Karsten            **INVOICE #:** 5003
     836 Farmington Avenue              **TAX ID #:** 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
     West Hartford, CT  06105

RE: Chera Ann Simpson vs Patricia Denardo, Neil O'Leary,
    Edward D. Flaherty, David Balnis, Detective Angel Robles
    and Mark Deal

930 DW   Flaherty/Simpson

DEPOSITION OF:  Chera Ann Simpson  5/2/03

| | |
|---|---:|
| **APPEARANCE FEE:** | 80.00 |
| **TRANSCRIPT:**      No. of Pgs:  97 @ 7.00 | 679.00 |
| (Org & 1 copy, Expedite) | |
| **SUBTOTAL** | 759.00 |
| **XEROXING:** | |
| **DISKETTE:** | |
| **COMPRESSED FORMAT:** | |
| **POSTAGE:** | 21.00 |
| **SUBTOTAL** | 780.00 |
| **SALES TAX** | |
| **TOTAL** | 780.00 |

SACK, SPECTOR & KARSTEN

5001

VENDOR ID: TYSZKA
PAYEE:      Patricia Tyszka, RPR

CHECK NO: 00005001
       MEMO: Inv. #5003

DATE: 06/03/03

ACCOUNT

AMOUNT

4100 Less: Client Expenses

780.00

CHECK TOTAL:   *******$780.00

## PATRICIA TYSZKA, LSR, RMR
### COURT REPORTING SERVICES
189 Old Forge Road
West Hartland, Connecticut 06091
(860) 379-7955

## INVOICE

TO:  Christopher Arciero, Esq.           DATE:  8/15/03
     Sack, Spector & Karsten             INVOICE #: 5036
     836 Farmington Avenue               TAX ID #: 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
     West Hartford, CT  06105

RE: Chera Ann Simpson vs Patricia Denardo, Neil O'Leary,
    Edward D. Flaherty, David Balnis, Detective Robles, and
    Mark Deal

---

DEPOSITION OF:  Richard Lissandrello 6/27/03

APPEARANCE FEE:                                    80.00
TRANSCRIPT:      No. of Pgs:  82 @ 3.65          299.30
(Org & 1 copy)

                              SUBTOTAL           379.30
XEROXING:
DISKETTE:
COMPRESSED FORMAT:
POSTAGE:                                           4.20

                         SUBTOTAL                383.50
                         SALES TAX

                         TOTAL                   383.50

Pd 10/28/03
# 5664
w Inv# 5052, 5063

SACK, SPECTOR & KARSTEN

5664

VENDOR ID: TYSZKA                   CHECK NO: 00005664              DATE: 10/27/03
PAYEE:      Patricia Tyszka, RPR        MEMO: 5052, 5036, 5063

ACCOUNT                                                              AMOUNT

4100 Less: Client Expenses                                          1,429.40


                                    CHECK TOTAL:   *****$1,429.40

## PATRICIA TYSZKA, LSR, RMR
===COURT REPORTING SERVICES===
189 Old Forge Road
West Hartland, Connecticut 06091
(860) 379-7955


## INVOICE


**TO:** Christopher Arciero, Esq.          **DATE:** 10/4/03
   Sack, Spector & Karsten              **INVOICE #:** 5071
   836 Farmington Avenue                **TAX ID #:** 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
   West Hartford, CT 06105

**RE:** Chera Ann Simpson vs Patricia Denardo, Neil O'Leary,
   Edward D. Flaherty, David Balnis, Detective Robles, and
   Mark Deal      *Flaherty/Simpson 930 D-W*

**DEPOSITION OF:** Chera Ann Simpson, Vol. II 9/9/03

| | | |
|---|---|---:|
| **APPEARANCE FEE:** | | 80.00 |
| **TRANSCRIPT:** No. of Pgs: 92 @ 3.65 | | 335.80 |
| (Org & 1 copy) | | |
| | **SUBTOTAL** | 415.80 |
| **XEROXING:** | | |
| **DISKETTE:** | | |
| **COMPRESSED FORMAT:** | | |
| **POSTAGE:** | | 4.75 |
| | **SUBTOTAL** | 420.55 |
| | **SALES TAX** | |
| | **TOTAL** | 420.55 |

*oll*

*CM*

SACK, SPECTOR & KARSTEN                                                    5686

VENDOR ID: TYSZKA              CHECK NO: 00005686        DATE: 10/29/03
PAYEE:     Patricia Tyszka, RPR       MEMO: Inv. #5071

ACCOUNT                                                           AMOUNT

4100 Less: Client Expenses                                        420.55


                              CHECK TOTAL:   *******$420.55

# INVOICE

March 18, 2003

Melissa Beiletti

Transcript furnished in the matter of:

State of Connecticut versus Chera A. Simpson
September 10, 2001
Damiani, J.

3 pages @ $1.75 per page          $ 5.25

Please mail payment to:

Jacqueline Sagliano
400 Grand Street
Waterbury, CT 06702
203-236-8195 Ext. 4098

**SACK, SPECTOR & KARSTEN**

4020

| VENDOR ID: SAGLIANO | CHECK NO: 00004020 | DATE: 04/08/03 |
|---|---|---|
| PAYEE:    Jacqueline Sagliano | MEMO: State v. Simpson | |

| ACCOUNT | AMOUNT |
|---|---|
| 4100 Less: Client Expenses | 5.25 |

CHECK TOTAL:   ********$5.25

**SACK, SPECTOR & KARSTEN**

4134

VENDOR ID: CAPALDO        CHECK NO: 00004134       DATE: 06/13/03
PAYEE:    Kenneth Capaldo       MEMO: Witness Fee Prepay

ACCOUNT                                   AMOUNT

4100 Less: Client Expenses             55.00

930-d-w

Lissandrello

CHECK TOTAL:  *******$55.00

# PROOF OF SERVICE

| | DATE | PLACE | |
|---|---|---|---|
| SERVED | 6-18-03 | Waterbury, Connecticut. | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Richard Lissandrello | by leaving with and with in his hands @ 21 Edwards Street, 1st Fl. Waterbury, CT |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| Daniel Mennillo, III | An Indifferent Person |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____6-18-03_____

| | | Date |
|---|---|---|
| Services: | $ | 30.00 |
| Copies: | | 5.00 |
| Travel: | | 3.60 |
| Endorsement: | | 1.20 |
| Reading Fee: | | 1.00 |
| Total: | | 40.80 |

Signature of Server
Daniel Mennillo, III

Address of Server

27 State St. Lower Level, Waterbury, CT. 06702

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:
(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1)    A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorneys' fee.
    (2)(A)    A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
    (B)    Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
    (3)(A)    On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (i)    fails to allow reasonable time for compliance;
        (ii)    requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv)    subjects a person to undue burden.
    (B)    If a subpoena
        (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii)    requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.
(d)    DUTIES IN RESPONDING TO SUBPOENA.
    (1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
    (2)    When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## UNITED STATES DISTRICT COURT
_____DISTRICT OF CONNECTICUT_____

CHERA ANN SIMPSON
     Plaintiffs,

vs.

PATRICIA DENARDO, NEIL O'LEARY,
EDWARD D. FLAHERTY, DAVID BALNIS,
DETECTIVE ROBLES, and MARK DEAL
OFFICER SCOTT SMITH,
     Defendants.

### SUBPOENA IN A CIVIL CASE
**CASE NUMBER:** 3:02CV1471 (RNC)

TO:   RICHARD LISSANDRELLO
      21 Edwards Street, Floor 1
      Waterbury, CT  06708

☐YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| Place Of Testimony | Courtroom | |
|---|---|---|
| | Date and Time | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| Place of Deposition | Date and Time | |
|---|---|---|
| Sack, Spector & Karsten<br>836 Farmington Avenue, #221<br>West Hartford, CT 06119 | June 27, 2003<br>At 1:30 p.m. | |

☐YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| Place | Date and Time | |
|---|---|---|
| | | |

☐YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| Premises | Date and Time | |
|---|---|---|
| | | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT | Date |
|---|---|
| _(signature)_           Attorney for defendants | June 13, 2003 |

ISSUING OFFICER'S NAME, ADDRESS
Christopher G. Arciero, Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119 (860)233-8251

    Please contact Attorney Christopher G. Arciero at (860)233-8251, in order to coordinate your testimony, so as to minimize any inconvenience to you.

## PATRICIA TYSZKA, LSR, RMR
=========COURT REPORTING SERVICES=========
189 Old Forge Road
West Hartland, Connecticut 06091
(860) 379-7955

### INVOICE

TO:  Christopher Arciero, Esq.          **DATE:** 10/20/03
     Sack, Spector & Karsten            **INVOICE #:** 5080
     836 Farmington Avenue              **TAX ID #:** 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
     West Hartford, CT 06105

*Flaherty Simpson 930 DW.*

RE: Chera Ann Simpson vs Patricia Denardo, Neil O'Leary,
    Edward D. Flaherty, David Balnis, Detective Robles, and
    Mark Deal

**DEPOSITION OF:** John Maia  10/3/03

| | | |
|---|---|---|
| **APPEARANCE FEE:** | | 80.00 |
| **TRANSCRIPT:**  **No. of Pgs:**  72 @ 3.65 | | 262.80 |
| (Org & 1 copy) | | |
| | **SUBTOTAL** | 342.80 |
| **XEROXING:** | | |
| **DISKETTE:** | | |
| **COMPRESSED FORMAT:** | | |
| **POSTAGE:** | | 4.75 |
| | **SUBTOTAL** | 347.55 |
| | **SALES TAX** | |
| | **TOTAL** | 347.55 |


*already billed*

SACK, SPECTOR & KARSTEN                                                5864

VENDOR ID: TYSZKA                CHECK NO: 00005864        DATE: 12/17/03
PAYEE:      Patricia Tyszka, RPR        MEMO: #5070, 5080

ACCOUNT                                                          AMOUNT

4100 Less: Client Expenses                                       726.61


                                    CHECK TOTAL:   *******$726.61

**SACK, SPECTOR & KARSTEN**

4319

VENDOR ID: CAPALDO
PAYEE:      Kenneth Capaldo

CHECK NO: 00004319                DATE: 09/15/03
                MEMO: Simpson v. Flaherty Witness Fe

ACCOUNT                                                    AMOUNT

4100 Less: Client Expenses                                55.00

CHECK TOTAL