UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | |
| | : | |
| VS. | : | |
| | : | NO. 3:02CV1471(MRK) |
| PATRICIA DENARDO, | : | |
| NEIL O'LEARY, | : | |
| EDWARD D. FLAHERTY, | : | |
| DAVID BALNIS, | : | |
| DETECTIVE ROBLES and | : | |
| MARK DEAL | : | SEPTEMBER 10, 2004 |

## **OBJECTION TO MOTION FOR TAXATION OF COSTS**

The plaintiff objects to the defendants' Motion for Taxation of Costs, as follows:

1. The defendants have sought costs for two copies of the transcript of the plaintiff's May 2, 2003, deposition but are entitled to the cost only of one such copy. In addition, the defendants have sought costs for those transcripts at an expedited rate but are entitled only to the standard rate.

2. The defendants have sought costs for two copies of the transcript of the deposition of Richard Lissandrello, but are entitled to the cost only of one such copy.

3. The defendants have sought costs for two copies of the transcript of the plaintiff's September 9, 2003, deposition, but are entitled to the cost only of

one such copy.

    4. The defendants have sought costs for two copies of the transcript of the deposition of John Maia, but are entitled to the cost only of one such copy.

                  THE PLAINTIFF

        BY_____
                JOHN R. WILLIAMS (ct00215)
                Williams and Pattis, LLC
                51 Elm Street, Suite 409
                New Haven, CT 06510
                203.562.9931
                FAX: 203.776.9494
                E-mail: jrw@johnrwilliams.com
                Her Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to Marcia J. Gleeson, Esq., Sack, Spector and Karsten, LLP, 836 Farmington Avenue, West Hartford, CT 06119-1544; and Raymond B. Rubens, Esq., P. O. Box 1555, Bridgeport, CT 06601-1555.

_____
John R. Williams