UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | |
| | : | |
| VS. | : | |
| | : | NO. 3:02CV1471(MRK) |
| PATRICIA DENARDO, | : | |
| NEIL O'LEARY, | : | |
| EDWARD D. FLAHERTY, | : | |
| DAVID BALNIS, | : | |
| DETECTIVE ROBLES and | : | |
| MARK DEAL | : | SEPTEMBER 15, 2004 |

**<u>SUPPLEMENTARY MEMORANDUM IN OPPOSITION TO BILL OF COSTS</u>**

The defendants are not entitled to tax costs in this case because two years ago this court (Chatigny, C.J.) granted the plaintiff's motion for leave to proceed *in forma pauperis*.

THE PLAINTIFF


BY_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
E-mail: jrw@johnrwilliams.com
Her Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to Marcia Gleason, Esq., Sack, Spector and Karsten, LLP, 836 Farmington Avenue, West Hartford, CT 06119-1544; and Raymond B. Rubens, Esq., P. O. Box 1555, Bridgeport, CT 06601-1555.

_____
John R. Williams