FILED

SEP 16  1 54 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | NO. 3:02CV1471 (MRK) |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| PATRICIA DENARDO, NEIL O'LEARY, | : | |
| EDWARD D. FLAHERTY, DAVID BALNIS, | : | |
| DETECTIVE ROBLES, & MARK DEAL, | : | |
| DEFENDANTS. | : | SEPTEMBER 15, 2004 |

### REPLY TO OBJECTION TO MOTION FOR TAXATION OF COSTS

1)  The Plaintiff has objected to the Defendants' Motion for Taxation of Costs, claiming that the defendants have "sought costs for two copies" of various deposition transcripts, "but are entitled to the cost of only one such copy." Said objection is groundless. Pursuant to Local Rule 54(c)(2)(ii), "the cost of an original and one copy of deposition transcripts are recoverable as costs . . . if used in support of a successful motion for summary judgment . . . " Each deposition invoice provided by the defendants specifies the transcript fee is for an original and one copy.

2)  The plaintiff has objected to the expedited rate charged by the court reporter for the deposition of plaintiff

1

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221• WEST HARTFORD, CT 06119-1544• (860) 233-8251• JURIS NO. 52776

Chera Ann Simpson on May 2, 2003.  Defendants hereby concede the point, and accordingly agree that that portion of Invoice # 5003 claiming a transcript fee for 97 pages at $7.00 per page, should be reduced to 97 pages at $3.65 per page, for a transcript fee of $354.05, bringing the total invoice for the plaintiff's deposition to $455.50.

Accordingly, the amended total costs claimed by the defendants is $1,763.15.

                              DEFENDANTS, Lt. Neil O'Leary,
                              Chief Edward D. Flaherty,
                              Det. David Balnis, Det. Angel
                              Robles, and Lt. Mark Deal


                        By: _____
                              Marcia J. Gleeson
                              Federal Bar No. ct05303
                              Sack, Spector & Karsten
                              836 Farmington Avenue
                              West Hartford, CT  06119
                              mgleeson@sackspec.com
                              Their Attorney

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of September, 2004 to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT   06510

Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT   06601-1555

                                    _____
                                        Marcia J. Gleeson

Chief Clerk
United States District Court
141 Church Street
New Haven, CT   06510

3