```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
CHERA ANN SIMPSON                    :      NO. 3:02CV1471 (MRK)
     PLAINTIFF,                      :
                                     :
VS.                                  :
                                     :
PATRICIA DENARDO, NEIL O'LEARY,      :
EDWARD D. FLAHERTY, DAVID BALNIS,    :
DETECTIVE ROBLES, & MARK DEAL,       :
     DEFENDANTS.                     :      SEPTEMBER 16, 2004
```

**REPLY TO SUPPLEMENTARY MEMORANDUM IN OPPOSITION TO BILL OF COSTS**

The plaintiff claims that the defendants are not entitled to costs in this case, "because two years ago this court (Chatigny, C.J.) granted the plaintiff's motion for leave to proceed *in forma pauperis*. However, as the court's granting of the motion for relief to proceed *in forma pauperis* was conditional, and plaintiff failed to fulfill the condition of the court's ruling, the plaintiff's motion for leave to proceed *in forma pauperis* was actually denied.

On October 7, 2002, the court, Chatigny, J., conditionally granted plaintiff's Motion to Vacate Order Requiring Posting of Bond and For Leave to Proceed *In Forma Pauperis*. The endorsement order stated: "Granted without prejudice for reasons stated in objection. Plaintiff may file a properly supported motion within thirty days. So ordered."

The endorsement ruling refers to defendants' objection dated September 30, 2002, and the grounds stated therein. Defendants objected to plaintiff's motion on the grounds that she had failed to show good cause to vacate the order for bond, or to demonstrate her qualification for *in forma pauperis* status.  A review of the court's endorsement ruling in the context of defendants' objection suggests that Judge Chatigny's intent was to **deny** plaintiff's motion without prejudice with leave to file a properly supported motion within thirty days. Whether or not the endorsement ruling contained a scrivener's error, it is apparent that the plaintiff understood the meaning of the endorsement ruling, because rather than filing such a properly supported motion within thirty days, plaintiff instead filed a cash bond in the amount of $500.00 on October 25, 2002.

Accordingly, as plaintiff's motion for leave to proceed *in forma pauperis* was denied by operation of the court's endorsement ruling, and was mooted by plaintiff's subsequent filing of a cash bond, the defendants are entitled to tax costs in this case.

Based on the foregoing, the defendants' Motion for Taxation of Costs should be granted.

          DEFENDANTS, Lt. Neil O'Leary,
          Chief Edward D. Flaherty,
          Det. David Balnis, Det. Angel
          Robles, and Lt. Mark Deal


By: _____
    Marcia J. Gleeson
    Federal Bar No. ct05303
    Sack, Spector & Karsten
    836 Farmington Avenue
    West Hartford, CT  06119
    mgleeson@sackspec.com
    Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 16th day of September, 2004 to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT  06510

Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT  06601-1555


          _____
            Marcia J. Gleeson

Chief Clerk
United States District Court
141 Church Street
New Haven, CT  06510