UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | |
| | : | |
| VS. | : | |
| | : | NO. 3:02CV1471(MRK) |
| PATRICIA DENARDO, | : | |
| NEIL O'LEARY, | : | |
| EDWARD D. FLAHERTY, | : | |
| DAVID BALNIS, | : | |
| DETECTIVE ROBLES and | : | |
| MARK DEAL | : | OCTOBER 6, 2004 |

## APPEAL FROM TAXATION OF COSTS

Plaintiff appeals from the Clerk's Ruling dated October 4, 2004, taxing costs in the total amount of $1,698.00 for the reason that the plaintiff is indigent as has been established by documents previously filed with this court and the earlier order of Chief Judge Chatigny in this matter.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
E-mail: jrw@johnrwilliams.com
Her Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to Christopher G. Arciero, Esq., Sack, Spector and Karsten, LLP, 836 Farmington Avenue, West Hartford, CT 06119-1544; and Raymond B. Rubens, Esq., P. O. Box 1555, Bridgeport, CT 06601-1555.

_____
John R. Williams