```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
CHERA ANN SIMPSON                     :    NO. 3:02CV1471 (MRK)
    PLAINTIFF,                        :
                                      :
VS.                                   :
                                      :
PATRICIA DENARDO, NEIL O'LEARY,       :
EDWARD D. FLAHERTY, DAVID BALNIS,     :
DETECTIVE ROBLES, & MARK DEAL,        :
    DEFENDANTS.                       :    OCTOBER 7, 2004
```

**OBJECTION TO APPEAL FROM TAXATION OF COSTS**

The defendants hereby object to plaintiff's Appeal From Taxation of Costs dated October 6, 2004, for the reasons hereinafter set forth.

Plaintiff's contention therein ". . . that the plaintiff is indigent as has been established by documents previously filed with this court in the earlier order of Chief Judge Chatigny in this matter" is simply erroneous.  On October 7, 2002, the court, Chatigny, J., conditionally granted plaintiff's Motion to Vacate Order Requiring Posting of Bond and For Leave to Proceed *In Forma Pauperis*.  The endorsement order stated:  "Granted without prejudice for reasons stated in objection.  Plaintiff may file a properly supported motion within thirty days.  So ordered."

The endorsement ruling refers to defendants' objection dated September 30, 2002, and the grounds stated therein. Defendants objected to plaintiff's motion on the grounds that she had failed to show good cause to vacate the order for bond, or to demonstrate her qualification for *in forma pauperis* status.  A review of the court's endorsement ruling in the context of defendants' objection suggests that Judge Chatigny's intent was to **deny** plaintiff's motion without prejudice with leave to file a properly supported motion within thirty days. Whether or not the endorsement ruling contained a scrivener's error, it is apparent that the plaintiff understood the meaning of the endorsement ruling, because rather than filing such a properly supported motion within thirty days, plaintiff instead filed a cash bond in the amount of $500.00 on October 25, 2002.

Accordingly, as plaintiff's motion for leave to proceed *in forma pauperis* was denied by operation of the court's endorsement ruling, and was mooted by plaintiff's subsequent filing of a cash bond, the defendants are entitled to tax costs in this case, and the Clerk's award of $1,698.00 in costs to the defendants was correct.

Based on the foregoing, the defendants' Objection should be sustained, and the plaintiff's appeal should be denied.

```
                              DEFENDANTS, Lt. Neil O'Leary,
                              Chief Edward D. Flaherty,
                              Det. David Balnis, Det. Angel
                              Robles, and Lt. Mark Deal



                         By: _____
                              Marcia J. Gleeson
                              Federal Bar No. ct05303
                              Sack, Spector & Karsten
                              836 Farmington Avenue
                              West Hartford, CT  06119
                              mgleeson@sackspec.com
                              Their Attorney
```

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 7th day of October, 2004 to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT  06510

Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT  06601-1555

```
                              _____
                                   Marcia J. Gleeson
```

```
Chief Clerk
United States District Court
141 Church Street
New Haven, CT  06510
```