UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | |
| | : | |
| V. | : | NO. 3:02CV1471(MRK) |
| | : | |
| PATRICIA DENARDO, | : | |
| NEIL O'LEARY, EDWARD D. | : | |
| FLAHERTY, DAVID BALNIS, | : | |
| DETECTIVE ROBLES and | : | |
| MARK DEAL | : | |

## ORDER

There appears to have been a scrivner's error in Chief United States District Judge Robert N. Chatigny's endorsement order of October 7, 2002 granting Plaintiff's Motion to Vacate Order Requiring Posting of Bond and Leave to Proceed in Forma Pauperis [doc. #12]. No determination has been made as to whether Plaintiff is indigent and therefore there is no basis for the Court to grant Plaintiff's Appeal from Taxation of Costs [doc. #53]. Nevertheless, out of an abundance of caution the Court will allow Plaintiff until **November 22, 2004** to file the appropriate supporting materials regarding Plaintiff's financial circumstances.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 1, 2004.