```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
CHERA ANN SIMPSON                 :     NO. 3:02CV1471 (MRK)
     PLAINTIFF,                   :
                                  :
VS.                               :
                                  :
PATRICIA DENARDO, NEIL O'LEARY,   :
EDWARD D. FLAHERTY, DAVID BALNIS, :
DETECTIVE ROBLES, & MARK DEAL,    :
     DEFENDANTS.                  :     NOVEMBER 2, 2004
```

**<u>MOTION TO WITHDRAW APPEARANCE</u>**

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw her appearance in this matter.

Christopher G. Arciero has filed an appearance on behalf of the defendants.

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

```
                        DEFENDANTS, Lt. Neil O'Leary,
                        Chief Edward D. Flaherty,
                        Det. David Balnis, Det. Angel
                        Robles, and Lt. Mark Deal



                    By: _____
                        Marcia J. Gleeson
                        Federal Bar No. ct05303
                        Sack, Spector & Karsten
                        836 Farmington Avenue
                        West Hartford, CT  06119
                        mgleeson@sackspec.com
                        Their Attorney
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of November, 2004 to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT  06510

Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT  06601-1555

_____
Marcia J. Gleeson