UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERA ANN SIMPSON : | |
| : | |
| VS. : | |
| : | NO. 3:02CV1471(MRK) |
| PATRICIA DENARDO, : | |
| NEIL O'LEARY, : | |
| EDWARD D. FLAHERTY, : | |
| DAVID BALNIS, : | |
| DETECTIVE ROBLES and : | |
| MARK DEAL : | |

### **PLAINTIFF'S AFFIDAVIT OF POVERTY**

STATE OF CONNECTICUT    )
                                              )     Waterbury
COUNTY OF NEW HAVEN   )

CHERA SIMPSON, having been sworn, states:

1. I am disabled and receive Social Security disability payments in the amount of $898 per month.

2. I also receive Title XIX benefits.

3. I am required by the terms of the "work incentive law" to replace that disability income with part-time work to keep my insurance, but because of my severe physical disabilities I am unable to work very much. I have almost no stomach or small intestines left after many surgeries for ideopathic gastroparesis

with autonomic neuropathy.  This has resulted in paralysis of my internal organs, diabetes, kidney, heart and lung.  I am fed intravenously because I am unable to absorb nutrition through my digestive tract.

    4.  The house in which I reside is subsidized by a HUD housing program for Section 8 tenants.  My Section 8 voucher is used for that purpose and I have no equity interest in the property.

    4.  I am unable, because of my poverty, to pay costs in this action.


       /s/
    CHERA SIMPSON

Subscribed and sworn to before me this 11th day of November, 2004.

       /s/ Danielle M. Cormier
    Notary Public
    My comm. expires 1/31/06

**CERTIFICATION OF SERVICE**

On November 13, 2004, copies hereof were mailed to Christopher G. Arciero, Esq., Sack, Spector and Karsten, LLP, 836 Farmington Avenue, West Hartford, CT 06119-1544; and Raymond B. Rubens, Esq., P. O. Box 1555, Bridgeport, CT 06601-1555.

       /s/
    John R. Williams