```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

CHERA ANN SIMPSON                   :    NO. 3:02CV1471 (MRK)
     PLAINTIFF,                     :
                                    :
VS.                                 :
                                    :
PATRICIA DENARDO, NEIL O'LEARY,     :
EDWARD D. FLAHERTY, DAVID BALNIS,   :
DETECTIVE ROBLES, & MARK DEAL,      :
     DEFENDANTS.                    :    NOVEMBER 15, 2004
```

**<u>APPEARANCE</u>**

Please enter the Appearance of Michelle Holmes as counsel for the defendants Neil O'Leary, Edward D. Flaherty, David Balnis, Angel Robles, and Mark Deal in addition to that of Christopher G. Arciero, in the above captioned matter.

                                           DEFENDANTS, Neil O'Leary,
                                           Edward D. Flaherty, David
                                           Balnis, Angel Robles
                                           and Mark Deal

                                         BY_____
                                           Michelle Holmes
                                           Federal Bar Number: ct20014
                                           Sack, Spector & Karsten
                                           836 Farmington Avenue
                                           West Hartford, CT 06119
                                           860-233-8251   860-232-8736
                                           mholmes@sackspec.com
                                           Their Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of November, 2004, to the following counsel of record:

John R. Williams, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT  06510

Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT  06601-1555

_____
Michelle Holmes