UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERA ANN SIMPSON | : | NO. 3:02CV1471 (MRK) |
|     PLAINTIFF, | : | |
| | : | |
| VS. | : | |
| | : | |
| PATRICIA DENARDO, ET AL. | : | JULY 20, 2005 |
|     DEFENDANTS. | | |

### DEFENDANTS' MOTION FOR RELEASE OF SECURITY FOR COSTS

On October 4, 2004, the defendants' Bill of Costs in the amount of $1,698.00 was taxed against the plaintiff by this court. As more than five (5) months have passed without payment having been tendered by the plaintiff, the defendant hereby moves that a portion of the $500.00 deposited with the court as security for costs under Local Rule 8(a), be released to the defendant in payment of the taxation of costs. The defendant further requests that the payment be in the form of a check in the amount of $500.00, made payable to the City of Waterbury.

DEFENDANTS,

By: _____
Christopher G. Arciero
Federal Bar #ct09199
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT  06114
Phone: 860-525-9975
Fax: 860-525-9985
arciero@nsyolaw.com

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of July, 2005 to the following counsel of record:

John R. Williams, Esquire
51 Elm Street, Suite 409
New Haven, CT  06510

Raymond B. Rubens, Esquire
Rubens & Lazinger
295 Congress Street
P.O. Box 1555
Bridgeport, CT  06601-1555

                                                   Christopher G. Arciero

Chief Clerk
USDC
141 Church Street
New Haven, CT  06510